IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02276-ZLW

CORTEZ EDWARD WALKER,

    Plaintiff,

v.

JOE ORTIZ,
DEBRA FOSTER,
JIM MICHAUD,
RON LEYBA,
CATHIE HOLST,
JERRI GREEN,
DONALD LAWSON,
JOAN KOPRIVNIKAR, and
DOCTOR L. CABLING,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 8 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motions submitted by Plaintiff Cortez Edward Walker and filed by the Court on December 8, 2006, for an evidentiary hearing and on January 5, 2007, for the appointment of counsel to represent him. The instant complaint and action were dismissed without prejudice on January 3, 2007. Therefore, the motions filed on December 8 and on January 5 are DENIED as moot.

Dated: January 8, 2007

Copies of this Minute Order mailed on January 8, 2007, to the following:

Cortez Edward Walker
Prisoner No. 56375
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81002

_____
Secretary/Deputy Clerk