IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02276-ZLW

CORTEZ EDWARD WALKER,

    Plaintiff,

v.

JOE ORTIZ,
DEBRA FOSTER,
JIM MICHAUD,
RON LEYBA,
CATHIE HOLST,
JERRI GREEN,
DONALD LAWSON,
JOAN KOPRIVNIKAR, and
DOCTOR L. CABLING,

    Defendants.

FILED
UNITED STATES
DENVER

JAN 9 - 2007

GREGO...

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion for a preliminary injunction and a temporary restraining order and the supporting brief submitted by Plaintiff Cortez Edward Walker and filed with the Court on January 8, 2007. The instant complaint and action were dismissed without prejudice on January 3, 2007. This case is closed. Therefore, the motion filed on January 8 is DENIED as moot. The clerk of the Court is directed to strike any further documents submitted by Mr. Walker for filing in this action.

Dated: January 9, 2007

Copies of this Minute Order mailed on January 9, 2007, to the following:

Cortez Edward Walker
Prisoner No. 56375
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81002

Secretary/Deputy Clerk