IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02276-ZLW

CORTEZ EDWARD WALKER,

        Plaintiff,

v.

JOE ORTIZ,
DEBRA FOSTER,
JIM MICHAUD,
RON LEYBA,
CATHIE HOLST,
JERRI GREEN,
DONALD LAWSON,
JOAN KOPRIVNIKAR, and
DOCTOR L. CABLING,

        Defendants.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

      Plaintiff submitted a Notice of Appeal on January 26, 2007. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      ___    is not submitted
      ___    is missing affidavit
      X    **is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing**

      \_\_      is missing required financial information

      \_\_      is missing an original signature by the prisoner

      \_\_      is not on proper form (must use the court's current form)

    X      other: **Plaintiff fails to provide any documentation to support his allegations in the January 26, 2007, document titled "Application Motion for Declaration of Plaintiff Cortez Edward Walker, Pursuant to 42 U.S.C. § 1983 Civil Right Violation Litigation Case, that he is being denied a certified account statement. He must do so.**

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __30__ day of _____January_____, 2007.

                BY THE COURT:

                *s/ Zita L. Weinshienk*

                ZITA L. WEINSHIENK, Senior Judge
                United States District Court