IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02276-BNB

CORTEZ EDWARD WALKER,

    Plaintiff,

v.

JOE ORTIZ,
DEBRA FOSTER,
JIM MICHAUD,
RON LEYBA,
CATHIE HOLST,
JERRI GREEN,
DONALD LAWSON,
JOAN KOPRIVNIKAR, and
DOCTOR L. CABLING,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 22 2007

GREGORY C. LANGHAM
CLERK

ORDER DENYING SECOND MOTION TO RECONSIDER

Plaintiff Cortez Edward Walker filed *pro se* on February 16, 2007, a motion titled "Application Motion for Second Reconsideration and Declaration of Plaintiff Cortez Edward Walker, Pursuant to 42 U.S.C. § 1983 Civil Rights Violation Litigation Case." Mr. Walker asks the Court to reconsider and vacate the Court's Order and Judgment of Dismissal filed on January 31, 2007. The Court must construe the second motion to reconsider liberally because Mr. Walker is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the second motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the

district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." ***Van Skiver v. United States***, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Walker's February 16, 2007, motion, which was filed more than ten days after the Court's Order and Judgment of Dismissal filed on January 31, 2007, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. ***See Massengale v. Oklahoma Bd. of Examiners in Optometry***, 30 F.3d 1325, 1330 (10th Cir. 1994).

On January 3, 2007, the Court dismissed the instant action without prejudice for failure to cure and for failure to prosecute. On January 12, 2007, Mr. Walker submitted to and filed with the Court a motion for reconsideration. On January 26, 2007, he appealed from the January 3 dismissal order. On January 31, 2007, the Court granted the January 12, 2007, motion for reconsideration and dismissed the action on different grounds. Specifically, the Court vacated the January 3, 2007, order and judgment of dismissal to the extent it dismissed the complaint and the action without prejudice for Mr. Walker's failure within the time allowed to cure the deficiencies designated in the order filed on November 14, 2006, and for failure to prosecute. Instead, the January 31 order dismissed the complaint and the action without prejudice for Mr. Walker's failure within the time allowed to show cause why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g): (1) because he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted; and (2) because he fails to establish that

he is under imminent danger of serious physical injury. The basis for the dismissal is explained in detail in the January 31 dismissal order.

This matter is before the Court on the second motion for reconsideration that Applicant Cortez Edward Walker submitted to and filed with the Court on February 16, 2007, seeking reconsideration of the January 31, 2007, order granting the January 12, 2007, motion for reconsideration and dismissing the action.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Walker fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the January 31, 2007, order granting his January 12, 2007, motion for reconsideration and dismissing this action. Therefore, the second motion for reconsideration will be denied. Accordingly, it is

ORDERED that the motion titled "Application Motion for Second Reconsideration and Declaration of Plaintiff Cortez Edward Walker, Pursuant to 42 U.S.C. § 1983 Civil Rights Violation Litigation Case" that Plaintiff Cortez Edward Walker submitted *pro se* on February 16, 2007, seeking reconsideration of the January 31, 2007, granting the January 12, 2007, motion for reconsideration and dismissing the action, and which the Court has construed liberally as a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, is denied.

DATED at Denver, Colorado, this 22 day of Feb., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02276-BNB

Cortez Edward Walker
Prisoner No. 56375
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81002

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/22/07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk