# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02276-ZLW

CORTEZ EDWARD WALKER,
    Plaintiff,

v.

JOE ORTIZ,
DEBRA FOSTER,
JIM MICHAUD,
RON LEYBA,
CATHIE HOLST,
JERRI GREEN,
DONALD LAWSON,
JOAN KOPRIVNIKAR, and
DOCTOR L. CABLING,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 3 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the order denying Plaintiff Cortez Edward Walker leave to proceed on appeal pursuant to 28 U.S.C. § 1915 filed on March 2, 2007, and mailed to Mr. Walker at the San Carlos Correctional Facility. On March 12, 2007, Mr. Walker informed the Court of his temporary change of address to the Pueblo County, Colorado, detention center. Therefore, the clerk of the Court is directed to remail to Mr. Walker a copy of the March 2 order denying him leave to proceed on appeal pursuant to § 1915.

Dated: April 3, 2007

Copies of this **Minute Order, and a copy of the Order filed 3/2/07** were mailed on April 3, 2007, to the following:

Cortez E. Walker
Prisoner No. 234684
Pueblo County Det. Center
909 Court Street
Pueblo, CO 81003

                                   Secretary/Deputy Clerk